**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
OFFICE OF THE CLERK
ALEXANDRIA 22314**

**NOTICE OF DOCKETING APPEAL**

In re: In the Matter of:    Tyrone A. Conard, Joyce L. Conard

Name of Appellant:    Internal Revenue Service
Bankruptcy Case #:    14-10093-KHK
Civil Action Case #:    1:18cv916

**Please Include Both The Civil Action and The Bankruptcy Numbers on All Pleadings**

The record on appeal in the above captioned matter having been received, the dates by which briefs must be filed are as follows:

Appellant's brief is due by:  9/17/18
Appellee's brief is due by 30 days from the date of service of appellant's brief.
Appellant may file a reply brief within 14 days from the date of service of appellee's brief.

Should oral argument be appropriate, the parties will be notified of the time and date.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Kathy Lau
Deputy Clerk

COPIES SENT TO:    Nelson Dietrich Wagner
Robert Ross Weed, Esq.