IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 1:18cv916 |
| | ) | |
| JOYCE CONARD and TYRONE CONARD | ) | |
| | ) | |
| Appellees | ) | |

ORDER

On September 10, 2018 the Appellees herein, Joyce Conard and Tyrone Conard, each filed a "Motion for Public Defender", which the Court construes as a Motion for Appointment of Counsel in this civil bankruptcy appeal.

The appointment of counsel in a civil case is within the discretion of the trial court. *Berry v. Gutierrez*, 587 F. Supp. 2d 717, 722 (E.D. Va. 2008), *aff'd sub nom. Berry v. Locke*, 331 F. App'x 237 (4th Cir. 2009). But in a civil case, a court should appoint counsel only in exceptional circumstances. *Id.* The Court does not find that exceptional circumstances exist in this case and therefore Appellees' Motions for Appointment of Counsel (Dkt. 5 and Dkt. 7) are **DENIED**.

It is so **ORDERED**.

/s/
Liam O'Grady
United States District Judge

Alexandria Virginia
October 3, 2018